United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Miguel Moragomez, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-22390-Civ-Scola |
| | ) |
| Seasin's LLC and Antonio Sergio Fernandes, Defendants. | ) |

### Order Adopting Report and Recommendations and Granting Default Judgment

The Court referred Plaintiff Miguel Moragomez's motion for the entry of a final default judgment to United States Magistrate Judge Edwin G. Torres for a report and recommendation. On October 30, 2020, Judge Torres issued a report and recommendation, recommending that the Court grant Moragomez's motion in part and deny it in part. (R. & R., ECF No. 17.) No objections to the report and recommendation have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court thus **adopts** the recommendation in full (**ECF No. 17**) and **grants in part and denies in part** Moragomez's motion (**ECF No. 15**) as follows.

The Court **enters judgment** in favor of Plaintiff Miguel Moragomez and against Defendants Seasin's LLC and Antonio Sergio Fernandez, jointly and severally, in the total amount of **$7,762.71** ($1,713.60 in overtime and minimum wages; $1,713.60 in liquidated damages; $485.51 in breach of contract damages; $3,400 in attorneys' fees; and $450.00 in taxable costs),[1] for which sum let execution issue.

The Court directs the Clerk to **close** this case. Any pending motions are **denied as moot**.

---

[1] For the reasons set forth in Judge Torres's report, the Court denies Moragomez's motion in part to the extent that it seeks a partially excessive award for attorneys' fees.

**Done and ordered** at Miami, Florida, on November 19, 2020.

　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　 Robert N. Scola, Jr.
　　　　　　　　　　　　　　　　　 United States District Judge